UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| REAL ESTATE AUTOMATION LLC, *et al.*, | : : : | Case No. 1:20-cv-999 |
| Plaintiffs, | : : : | Judge Timothy S. Black |
| vs. | : : | |
| SHELTERING PINES, LLC, *et al.*, | : : | |
| Defendants. | | |

## ORDER OF DISMISSAL

Before the Court is Plaintiffs Real Estate Automation LLC and Thomas Rodriguez's Notice of Voluntary Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Doc. 29).  Defendants have not yet appeared or served an answer and/or dispositive motion in this matter.  Plaintiffs state that all claims have been settled.  (*Id*.)

However, although titled a Notice, Plaintiffs request the Court enter an order dismissing all claims with prejudice, denying as moot all pending motions, and retaining jurisdiction solely for purposes of enforcing the settlement.  Accordingly, the Court will construe the Notice as a motion for a Court order under Federal Rule of Civil Procedure 41(a)(2).

For good cause shown and upon consideration of Plaintiffs' requests, it is hereby ordered that:

1. Plaintiffs' pending motions for expedited discovery (Doc. 19) and default judgment (Doc. 27) are **DENIED as moot**;

2. The Court shall retain jurisdiction for the purposes of enforcing the terms of the parties' settlement agreement, to the extent necessary; and

3. Except as provided in Paragraph 1, the case is **DISMISSED with prejudice**, and shall be **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: 7/20/2021

*s/Timothy S. Black*
Timothy S. Black
United States District Judge